CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
Dennis Price, SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

GREGORY F. HURLEY (SBN 126791)
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN (SBN 210704)
mchilleen@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714:513.5130
Attorneys for Defendant
Live Nation entertainment, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILLITS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>L.A. ARENA COMPANY, LLC, a California Limited Liability Company; LIVE NATION ENTERTAINMENT, INC., a Delaware Corporation; L. A. SPORTS PROPERTIES, INC., a California Corporation; L A CLIPPERS LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case: 2:15-CV-02415-ODW-AS<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1) FOR DEFENDANT LIVE NATION ENTERTAINMENT, INC.ONLY** |

## **STIPULATION**

IT IS STIPULATED by and between Parties, that only Defendant Live Nation Entertainment, Inc., a Delaware Corporation is dismissed without prejudice.

Dated: June 28, 2015        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: June 28, 2015        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: /s/ Gregory F. Hurley
    Gregory F. Hurley
    Michael J. Chilleen
    Attorneys for Defendant
    Live Nation Entertainment, Inc.

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Gregory F. Hurley, counsel for Live Nation Entertainment, Inc., and that I have obtained Mr. Hurley's authorization to affix his electronic signature to this document.

Dated: June 28, 2015            CENTER FOR DISABILITY ACCESS

                                By: /s/ Phyl Grace
                                    Phyl Grace
                                    Attorneys for Plaintiff