# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILLITS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>L.A. ARENA COMPANY, LLC, a California Limited Liability Company; LIVE NATION ENTERTAINMENT, INC., a Delaware Corporation; L. A. SPORTS PROPERTIES, INC., a California Corporation; L A CLIPPERS LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive,<br><br>Defendants. | Case: 2:15-CV-02415-ODW-AS<br><br>**ORDER** |

## ORDER

Defendant Live Nation Entertainment, Inc., a Delaware Corporation is hereby ordered dismissed without prejudice.

Dated: June 29, 2015

_/s/ Otis D. Wright_
HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT COURT JUDGE