**CENTER FOR DISABILITY ACCSES**
RAY BALLISTER, JR., ESQ. SB# 111282
MARK POTTER, ESQ. SB# 166317
PHYL GRACE, ESQ. SB# 171771
DENNIS PRICE, SB # 279082
<u>Mail</u>: P.O. Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road Suite 300
San Diego, California  92131
Telephone:   858.375.7385
Facsimile:    888.422.5191
phylg@potterhandy.com

Attorney for Plaintiff
MARK WILLITS

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TIMOTHY R. WINDHAM, SB# 198358
  E-Mail: Timothy.Windham@lewisbrisbois.com
MELISSA T. DAUGHERTY, SB# 227451
  E-Mail: Melissa.Daugherty@lewisbrisbois.com
KERRI R. LUTFEY, SB# 286164
  E-Mail: Kerri.Lutfey@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants LA CLIPPERS LLC, L.A. ARENA COMPANY, LLC, and L.A. SPORTS PROPERTIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILLITS, an individual,<br><br>            Plaintiff,<br><br>      vs.<br><br>L.A. Arena Company, LLC, a California Limited Liability Company; L.A. Sports Properties, Inc., a California Corporation; LA Clippers LLC, a Delaware Limited Liability Company; and Does 1-10, inclusive,<br><br>            Defendants. | CASE NO. 2:15-cv-02415-ODW (AS)<br><br>[Assigned to the Honorable Otis D. Wright, II]<br><br>**Joint Notice of Settlement Pursuant to Civil Local Rule 16-15.7**<br><br>*[Proposed] order filed concurrently herewith* |

4810-3801-1953.1

1

JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE COURT:

In accordance with Local Rule 16-15.7, the Parties hereby report that they have reached terms of settlement in the above-captioned matter. The Parties will file a stipulation of dismissal as soon as the settlement agreement has been fully executed and its terms carried out, a process the Parties estimate will take approximately sixty (60) days.

Accordingly, the Parties request that all currently set trial and pre-trial dates be taken off calendar, and that they be provided at least sixty (60) days within which to file a stipulation of dismissal.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: May 7, 2016     CENTER FOR DISABILITY ACCESS

By: /s/ Mark Potter
Mark D. Potter, Esq.
Attorneys for Plaintiff Mark Willits

DATED: May 7, 2016     LEWIS BRISBOIS BISGAARD & SMITH llp

By:     /s/ Melissa T. Daugherty
Timothy R. Windham
Melissa T. Daugherty, Esq.
Kerri R. Lutfey
Attorneys for Defendants LA Clippers, LLC, L.A. Arena Company, LLC, and L.A. Sports Properties, Inc.