# United States District Court
# Central District of California

| | |
|---|---|
| MARK WILLITS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>L.A. ARENA COMPANY, LCC; L.A. SPORTS PROPERTIES, INC.; L.A. CLIPPERS, LLC; and DOES 1–10, inclusive,<br><br>　　　　Defendants. | Case No. 2:15-cv-02415-ODW(ASx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

　　In light of the Notice of Settlement (ECF No. 38), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than July 8, 2016**, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

　　**IT IS SO ORDERED.**

　　May 9, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**