# United States District Court
# Central District of California

| | |
|---|---|
| MARK WILLITS,<br><br>            Plaintiff,<br><br>   v.<br><br>L.A. ARENA COMPANY, LCC; L.A. SPORTS PROPERTIES, INC.; L.A. CLIPPERS, LLC; and DOES 1–10, inclusive,<br><br>            Defendants. | Case No. 2:15-cv-02415-ODW(ASx)<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

In light of the parties' Response to OSC (ECF No. 41), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than September 6, 2016**, why settlement has not been finalized. No hearing will be held. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

    **IT IS SO ORDERED.**

    July 6, 2016

                                                      _____
                                                         **OTIS D. WRIGHT, II**
                                               **UNITED STATES DISTRICT JUDGE**