**CENTER FOR DISABILITY ACCSES**
RAY BALLISTER, JR., ESQ. SB# 111282
MARK POTTER, ESQ. SB# 166317
PHYL GRACE, ESQ. SB# 171771
DENNIS PRICE, SB # 279082
<u>Mail</u>: P.O. Box 262490
San Diego, CA 92196-2490
<u>Delivery</u>: 9845 Erma Road Suite 300
San Diego, California  92131
Telephone:   858.375.7385
Facsimile:    888.422.5191
phylg@potterhandy.com

Attorney for Plaintiff MARK WILLITS

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TIMOTHY R. WINDHAM, SB# 198358
  E-Mail: Timothy.Windham@lewisbrisbois.com
MELISSA T. DAUGHERTY, SB# 227451
  E-Mail: Melissa.Daugherty@lewisbrisbois.com
KERRI R. LUTFEY, SB# 286164
  E-Mail: Kerri.Lutfey@lewisbrisbois.com
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants LA CLIPPERS LLC, L.A. ARENA COMPANY, LLC, and L.A. SPORTS PROPERTIES, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WILLITS, an individual, | CASE NO. 2:15-cv-02415-ODW (AS) |
| Plaintiff, | [Assigned to the Honorable Otis D. Wright, II] |
| vs. | |
| L.A. Arena Company, LLC, a California Limited Liability Company; L.A. Sports Properties, Inc., a California Corporation; LA Clippers LLC, a Delaware Limited Liability Company; and Does 1-10, inclusive, | **JOINT STIPULATION RE DISMISSAL WITH PREJUDICE [Fed. R. Civ. Proc. § 41(a)(1)(A)(ii)]**<br><br>*[Proposed] order filed concurrently herewith* |
| Defendants. | |

## STIPULATION

Pursuant to *Federal Rule of Civil Procedure* § 41(a)(1)(A)(ii), this Stipulation for Dismissal with Prejudice is entered into by Plaintiff MARK WILLITS ("Plaintiff") and Defendants LA CLIPPERS LLC, L.A. ARENA COMPANY, LLC, and L.A. SPORTS PROPERTIES, INC. ("Defendants") (hereinafter collectively, "the Parties"), by and through their respective attorneys of record:

WHEREAS, on April 1, 2015, Plaintiff filed a Complaint against Defendants, styled *Willits v. L.A. Arena Company, LLC, et al.,* Case No. 2:15-cv-02415-ODW-AS, in the United States District Court for the Central District of California (hereinafter, the "Action");

WHEREAS, in consideration of a negotiated settlement executed by them, Plaintiff and Defendants have agreed to stipulate to dismissal with prejudice of the above-captioned action in its entirety;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED between Plaintiff and Defendants that:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear his or its own attorneys' fees and costs incurred or arising out of the Action;

2. Accordingly, the Parties jointly request the Court to dismiss the Action with prejudice in its entirety;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

3. The Court shall retain jurisdiction to enforce the settlement agreement among the parties hereto.

DATED: October 13, 2016   CENTER FOR DISABILITY ACCESS

By: /s/ Mark D. Potter
    Mark D. Potter, Esq.
    Attorney for Plaintiff Mark Willits

DATED: October 13, 2016   LEWIS BRISBOIS BISGAARD & SMITH llp

By: /s/ Melissa T. Daugherty
    Timothy R. Windham, Esq.
    Melissa T. Daugherty, Esq.
    Kerri R. Lutfey, Esq.
    Attorneys for Defendants LA Clippers, LLC, L.A. Arena Company, LLC, and L.A. Sports Properties, Inc.