# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| MARK WILLITS, an individual,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>L.A. Arena Company, LLC, a California Limited Liability Company; L.A. Sports Properties, Inc., a California Corporation; LA Clippers LLC, a Delaware Limited Liability Company; and Does 1-10, inclusive,<br><br>　　　　　Defendants. | CASE NO. 2:15-cv-02415-ODW (AS)<br><br>[Assigned to the Honorable Otis D. Wright, II]<br><br>[~~PROPOSED~~] ORDER RE: JOINT STIPULATION RE DISMISSAL WITH PREJUDICE<br>[Fed. R. Civ. Proc. § 41(a)(1)(A)(ii)] |

## ORDER

Pursuant to the stipulation among the Parties, the Court hereby retains jurisdiction to enforce the settlement agreement among the parties, and dismisses the above-entitled action with prejudice in its entirety.

IT IS SO ORDERED.

DATED: \_\_\_\_\_October 14\_\_\_\_, 2016        _____
　　　　　　　　　　　　　　　　　　　　Honorable Otis D. Wright, II
　　　　　　　　　　　　　　　　　　　　United States District Court Judge